11th
Court of Appeals

                                                                  Eastland,
Texas

                                                             Memorandum
Opinion

 

Texas Alcoholic Beverage Commission

Appellant

Vs.                   No. 11-03-00100-CV B Appeal from Collin County

Carson=s Pal Limited Partnership No. 1, L.P. et al

Appellees

 

The parties have filed in this case a joint
motion to dismiss the appeal.  In the
motion, the parties state that recent changes to the law by the Texas
Legislature have rendered the appeal moot. 
The parties request that the appeal be dismissed and that each party
bear its respective costs.  The motion
is granted.  TEX.R.APP.P. 42.1.

The appeal is dismissed.

 

PER CURIAM

 

July 10, 2003

Not designated for publication.  See TEX.R.APP.P. 47.2(a).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.